**PEREZ LAW OFFICES**
**ANTHONY M. PEREZ, JR.,** SB# 113041
455 Capitol Mall, Suite 225
Sacramento, California 95814
Telephone: (916) 441-0500
Facsimile: (916) 441-0555
E Mail: aperez@perezlawoffices.com

Attorneys for Plaintiff JARRID J. WHITLEY


**GREGORY G. ISKANDER SB**# 200215
**LITTLER MENDELSON, P.C.**
1255 Treat Boulevard Suite 600
Walnut Creek, CA 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809
E Mail: Giskander@littler.com

Attorneys for Defendant
SIEMENS INDUSTRY, INC,


# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| **JARRID J. WHITLEY,** on behalf of himself, and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIEMENS INDUSTRY, INC. AND DOES I-100, inclusive,<br><br>Defendant. | Case No. 2:14-cv-00099-MCE-DAD<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE STATUS (PRE TRIAL SCHEDULING) CONFERENCE AND FILING OF THE RULE 26 (f) REPORT AND JOINT STATUS REPORT**<br><br>Judge: Honorable Morrison C. England, Jr<br>Courtroom: 7<br>Complaint Filed January 15, 2014 |

## STIPULATION

**WHEREAS,** on January 15, 2014 Plaintiff JARRID J. WHITLEY filed a Class Action Complaint for Damages against Defendant SIEMENS INDUSTRY, INC., and Does 1-100, inclusive in the United States District Court, Eastern District of California, Sacramento Division.

**WHEREAS,** no trial date has yet been assigned.

**WHEREAS,** on January 15, 2014 the Court issued an Order requiring a Joint Status Report to be filed March 17, 2014.

**WHEREAS,** the Court's Order provided:

1) The parties shall confer and develop a proposed discovery plan;
2) The parties shall file a Joint Status Report by March 17, 2014; and
3) The parties shall confer with regard to prospects for settlement.

**WHEREAS,** the parties have agreed to early mediation of the instant dispute utilizing an experienced private mediator to take place in May 2014, but no later than July 31, 2014.

**WHEREAS,** the parties have agreed to exchange relevant verified information and data concerning putative Class Members for the Class Period in advance of mediation; and

**WHEREAS,** the parties jointly request that the above stated dates be continued so that the parties can focus their efforts and resources on resolution of this Class Action dispute.

**THEREFORE,**

1) The Joint Status Report shall be filed no later than August 4, 2014;

**2)** The parties shall confer and develop a proposed discovery plan as required by Rule 26(f) in the event mediation is unsuccessful.

**IT IS SO STIPULATED:**

Dated: March ___, 2014                                PEREZ LAW OFFICES

                                                     */S/ Anthony M. Perez, Jr.*
                                                     ANTHONY M. PEREZ, JR.,
                                                     Attorneys for Plaintiff
                                                     JARRID J. WHITLEY

Dated: March ____, 2014                              LITTLER MENDELSON

                                                     */S/ Gregory G. Iskander*
                                                     GREGORY G. ISKANDER
                                                     Attorneys for Defendant
                                                     SIEMENS INDUSTRY, INC.

# ORDER

**PURSUANT TO THE ABOVE STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN:**

1) A Joint Status Report shall be filed no later than August 4, 2014, continued from March 17, 2014.

2) The parties shall confer and develop a proposed discovery plan prior to the submission of the Joint Status Report.

3). The parties will advise the Court as to the progress of settlement discussions in the Joint Status Report so that the Court can schedule any motions or conferences accordingly.

**IT IS SO ORDERED.**

**Dated:  March 17, 2014**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT