**PEREZ LAW OFFICES**
Anthony M. Perez, Jr. (SBN 113041)
455 Capitol Mall, Suite 225
Sacramento CA 95814
Telephone: (916) 441-0500
Facsimile:  (916) 441-0555
email: aperez@perezlawoffices.com

Attorney for Plaintiff
JARRID WHITLEY, on behalf of himself
and others similarly situated

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| **JARRID WHITLEY**, on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SIEMENS INDUSTRY, INC., also doing business as and referred to as SIEMENS USA, SIEMENS CORPORATION, and SIEMENS, and DOES 1-100, inclusive,**<br><br>Defendants. | Case No.: 2:14-cv-0099 MCE-DAD<br><br>**STIPULATION AND ORDER APPROVING CLASS NOTICE AND CLAIM FORM** |

## STIPULATION

On June 1, 2015, this Court Ordered the Enforcement of the Settlement Agreement in the above-captioned matter. The Stipulation of Class Action Settlement has been lodged with the Court. Class Counsel and Defendant's Counsel have agreed to the form of the Class Notice and Claim Form, attached hereto as Exhibits A and B, and scheduling in connection with this matter with a Final Approval Hearing to be conducted on October 1, 2015 at 2:00 p.m. in Courtroom No. 7.

## ORDER

The Class Notice and Claim Form are hereby approved by the Court for distribution to Putative Class Members. Scheduling shall be as follows:

| Event | Timing |
| --- | --- |
| Defendant provides list of Class Members to the Claims Administrator. | 15 days after the Court approves the Notice |
| Claims Administrator mails Notice Packet to Class Members. | 21 days after the Court approves the Notice |
| Objection filing deadline | 45 days after mailing of Notice by Claims Administrator |
| Claims Period/Requests for Exclusion Deadline. | 45 days after mailing of Notice by Claims Administrator |
| Final Approval Hearing. | October 1, 2015, 2:00 p.m. |
| Claims Administrator mails checks to Eligible Class Members, Plaintiff and Class Counsel. | 15 days after receiving Final Approval |
| Claims Administrator submits declaration of mailing checks to Eligible Class Members. | 30 days after receiving Final Approval |

**IT IS SO ORDERED.**

Dated: July 8, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT